UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80225-CIV-SMITH

ANTONIO GONZALEZ,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STAY

This matter is before the Court on Defendant's Unopposed Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein* [DE 6], in which Defendant requests that the Court issue an order staying the case pending the Eleventh Circuit's rehearing in *Hunstein v. Preferred Collection & Management Services*. *See Hunstein v. Preferred Collection & Mgmt. Servs.,* 17 F.4th 1103 (11th Cir. 2021). Upon consideration, it is

**ORDERED** that:

1. Defendant's Unopposed Motion to Stay the Case Pending the *En Banc* Decision in *Hunstein* [DE 6] is **GRANTED**. This case is **STAYED** until further order of the Court.

2. Within fourteen (14) days after the Eleventh Circuit issues its decision in *Hunstein*, the parties shall file a motion to lift this stay.

3. This case is **administratively CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 22nd day of February, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record